UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| RUMALDO LARA, JR., | § | 20-80240 |
| | § | (Chapter 7) |
| DEBTORS | § | |

**ORDER (a) DELAYING ENTRY OF DISCHARGE AND (b) ENLARGING TIME TO FILE A MOTION TO DISMISS UNDER 11 U.S.C. § 707(b) OR A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. §§ 523 AND 727**

CAME ON to be considered the Motion of the United States Trustee, pursuant to Fed. R. Bankr. P. 1017(e)(1), 4004(b), 4007(c) and 9006(b)(3), for entry of an order delaying entry of the Debtor's discharge and enlarging for a period of 90-days the time to file a motion under 11 U.S.C. § 707(b) or an objection to discharge under 11 U.S.C. §§ 523 and 727, and the Court being fully advised of the premises and good cause appearing therefor, it is hereby

ORDERED that the entry of the Debtor's discharge in this case is delayed and the time permitted to file a motion to dismiss, pursuant to 11 U.S.C. § 707(b), or a complaint objecting to discharge, pursuant to 11 U.S.C. §§ 523 and 727, is enlarged to March 5, 2021, for the United States Trustee. The Court, for cause shown, may in its discretion order the period enlarged upon motion made before the expiration of the period originally prescribed or as extended by a previous order. The Debtor sand the United States Trustee may also stipulate that any specified period shall be enlarged upon a showing of cause before the expiration of the period prescribed or as extended by a previous stipulation, subject to this Court's approval.

SIGNED this _____ day of _____, 2020.

_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE